```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JON-ADRIAN VELAZQUEZ,

                    Plaintiff,
                                          ORDER
          -against-                       18-CV-5115(JS)(ARL)

SUFFOLK COUNTY and SUFFOLK
COUNTY JAIL,
                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Jon-Adrian Velazquez, pro se
                    18-R-1798
                    Bare Hill Correctional Facility
                    Caller Box #20
                    Malone, NY 12953

For Defendants:     No appearance
```

SEYBERT, District Judge:

On September 7, 2018, incarcerated pro se plaintiff Jon-Adrian Velazquez ("Plaintiff") filed a Complaint together with an application to proceed in forma pauperis but did not submit the required Prisoner Litigation Authorization form ("PLRA"). By Notice of Deficiency dated September 11, 2018, Plaintiff was instructed to complete and return the enclosed PLRA within fourteen (14) days in order for his case to proceed. On September 19, 2018, Plaintiff timely filed the PLRA and, on September 27, 2018, Plaintiff filed an application for the appointment of pro bono counsel to represent him in this case.

Upon review of the declarations in support of the application to proceed in forma pauperis, the Court finds that

Plaintiff is qualified by his financial status to commence this action without prepayment of the filing fee. Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

Pursuant to the Court's January 23, 2012 Order of Consolidation in Butler, et al. v. DeMarco, et al., No. 11-CV-2602 (JS)(GRB) (the "Consolidated Action"), the Court has reviewed the instant Complaint and finds that it relates to the subject matter of the Consolidated Action. (Order of Consol., Consol. Action Docket Entry 327.) Accordingly, this action shall be consolidated with the Consolidated Action. This affects Plaintiff in the following ways:

1. Plaintiff in this action shall become a member of the certified classes in Butler (11-CV-2602);[1]

---

[1]The classes are defined as follows:

> (1) [A]n Injunctive Class comprised of all persons who, now or at any time in the future, are or will be detainees or prisoners in the custody of the Suffolk County Sheriff's Department and housed in the SCCF [Suffolk County Correctional Facility], with separate subclasses for those persons detained in Riverhead and Yaphank; and
>
> (2) [A] Damages Class comprised of all persons who are or were detainees or prisoners in the custody of the Suffolk County Sheriff's Department and housed in the SCCF and who were or will be released from the SCCF on or after April 5, 2009, with separate subclasses for those persons detained in Riverhead and Yaphank.

(See Aug. 29, 2016 Order, Consol. Action Docket Entry 428, at 2-3.)

2. Any claims in the instant Complaint that are not included in the Consolidated Amended Complaint in Butler shall be severed (see Order of Consol. at 17 (describing the process for proceeding with any severed claims after the resolution of the Consolidated Action)); and

3. Plaintiff, as a member of the class, shall be represented by pro bono counsel, Shearman & Sterling LLP.[2]

A copy of the Order of Consolidation and the operative complaint in Butler--the Consolidated Amended Complaint (Consol. Am. Compl., Consol. Action Docket Entry 334)--are annexed to this Order.

If Plaintiff does **not** wish to proceed as a member of the Consolidated Action, he must so indicate in a letter to the Court within thirty (30) days of receiving a copy of this Order. Upon receipt of such a letter, the Court will direct the Clerk of the

---

On August 29, 2016, this Court in the Consolidated Action adopted Magistrate Judge Gary R. Brown's Report and Recommendation and granted the Defendants' cross motion to amend the class definitions to "exclude all Suffolk County Correctional Facility inmates 'who were or have been housed exclusively at the new jail facility in Yaphank, New York.'" (Aug. 29, 2016 Order at 3-5.)

[2] Counsel's mailing address is:

> Daniel Hector Rees LaGuardia
> Shearman & Sterling
> 599 Lexington Avenue
> New York, NY 10022

Counsel's telephone number is: (212)848-4000.

3

Court to sever this Complaint from the Consolidated Amended Complaint and reopen and reinstate his individual pro se action.

For the foregoing reasons, Plaintiff's application to proceed in forma pauperis, (IFP Mot., Docket Entry 3), is GRANTED and the Clerk of the Court is directed to CONSOLIDATE this matter with Butler, et al. v. DeMarco, et al., No. 11-CV-2602. Given the consolidation, Plaintiff's application for the appointment of pro bono counsel, (Mot. for Counsel, Docket Entry 9) is DENIED as it is now MOOT. The Clerk of the Court is directed to mail a copy of this Order, the Order of Consolidation, and the Consolidated Amended Complaint to Plaintiff at his last known address; and to mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: May  15 , 2019
       Central Islip, New York